**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RAYMUNDO MACEDO ARROYO,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN and TODD BLANCHE,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-1587-PRW |

**ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1). This case is one of many habeas petitions filed by an alien detainee challenging the legal basis for his detention. On July 31, 2026, Magistrate Judge Amanda Leigh Maxfield issued a Report and Recommendation (Dkt. 9) recommending that the Court grant in part Petitioner's request for habeas relief and order Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a). Because Petitioner claims that he is entitled to an individualized bond hearing, Magistrate Judge Maxfield determined that § 1226(a) governs his detention, as necessary to determine whether his detention without a bond hearing violates the law. Respondents did not submit any objections to the Report and Recommendation within the applicable time period, but in their Response (Dkt. 8) to the Petition, Respondents submitted that this matter is controlled by the Tenth Circuit's opinion in *Quiroz*, which mandates that he is detained pursuant to § 1226(a).

The Court agrees with the Report and Recommendation's reasoning and conclusions.[1] Accordingly, the Court and **GRANTS** the Petition (Dkt. 1) **IN PART**. The Court **ORDERS** Respondents to provide Petitioner with an individualized bond hearing under § 1226(a) within seven days of this Order or otherwise release Petitioner if he has not received a bond hearing within that period.

**IT IS SO ORDERED** this 2nd day of September 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[1] See 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate).